1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CYNTHIA A. DAVISON,                        No.  2:21-CV-1255-KJM-DMC

12            Plaintiff,

13        v.                                    <u>ORDER</u>

14   COSTCO WHOLESALE
     CORPORATION,
15
              Defendant.
16

17

18              Plaintiff, who is proceeding with retained counsel, brings this civil action.  The

19   parties appeared before the undersigned in Redding, California, on November 17, 2021, for an

20   initial scheduling conference.  Thomas James Fisher, Esq., appeared for Plaintiff.  Patrick L.

21   Deedon, Esq., appeared for Defendant.  Upon consideration of the joint status report on file in this

22   action, discussion with counsel, and good cause appearing therefor, the Court will, by this order,

23   set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

24              The parties are advised that they may, if all consent, have the matter re-assigned

25   for all purposes, including entry of final judgment, to the undersigned Magistrate Judge.

26              1.     No further joinder of parties or amendments to the pleadings is permitted

27   without stipulation or leave of Court for good cause shown.

28              2.     Jurisdiction and venue are not contested.

                                              1

3.      The parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on December 17, 2021.  The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

4.      All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by May 18, 2022.

5.      The parties shall exchange initial lists of expert witnesses no later than August 30, 2022.  The parties shall exchange lists of rebuttal experts no later than September 13, 2022. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).

6.      All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by October 4, 2022.

7.      All dispositive motions shall be noticed to be heard by December 5, 2022.

8.      All motions in limine shall be filed by January 10, 2023.

9.      The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated:  November 17, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE